J. Scott Conlon, #011829
WEINBERG, WHEELER, HUDGINS,
 GUNN & DIAL, LLC
One North Central, Suite 900
Phoenix, Arizona 85004-4417
Telephone (602) 307-9900
Facsimile (602) 307-5853
sconlon@wwhgd.com
docketing-PHX@wwhgd.com
*Attorneys for Defendants Ricky Brown and Ace Doran, a division of Bennett Motor Express, LLC*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Dannie Lee Derrow, individually and on behalf of all persons who have a statutory right to recovery pursuant to A.R.S. §12-612 for Margaret Derrow, Deceased; Michelle Ciociola, statutory beneficiary,<br><br>Plaintiffs,<br><br>v.<br><br>Ace Doran, a division of Bennett Motor Express, LLC and Ricky Brown, an Individual,<br><br>Defendants. | No. 4:23-cv-00339-RCC<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE** |

The parties, by and through undersigned counsel, hereby stipulate and agree that all claims in this action are dismissed, with prejudice, each party to bear their own costs and attorneys' fees.

RESPECTFULLY SUBMITTED this 16th day of December, 2025.

| | |
|---|---|
| LERNER & ROWE, P.C. | ZINDA LAW GROUP, PLLC |
| By *s/Todd Rigby (with permission)*<br>   Todd Rigby<br>   2701 E. Camelback Rd., Suite 140<br>   Phoenix, AZ 85016<br>   *Attorneys for Plaintiff Derrow* | By *s/Neil Solomon (with permission)*<br>   Neil Solomon<br>   Maxwell Massey<br>   7801 N. Capital of Texas Highway<br>   Suite 300<br>   Austin, TX 78731<br>   *Attorneys for Plaintiff Ciociola* |

WEINBERG, WHEELER, HUDGINS, GUNN
    & DIAL, LLC


By *s/J. Scott Conlon*
   J. Scott Conlon
   One N. Central Ave., Suite 900
   Phoenix, AZ 85004-4417
   *Attorneys for Defendants Ricky Brown
   and Ace Doran, a division of Bennett
   Motor Express, LLC*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 16th day of December, 2025, I electronically transmitted the foregoing document to the Clerk's Office using the CM/ECF System for filing and transmitted a Notice of Filing to the following CM/ECF participants:

Todd Rigby
Lerner & Rowe, P.C.
2701 E. Camelback Rd., Ste. 140
Phoenix, AZ 85016
trigby@lernerandrowe.com
azminuteentries@lernerandrowe.com
*Attorneys for Plaintiff Derrow*

Neil Solomon
Maxwell Massey
Zinda Law Group, PLLC
7801 N. Capital of Texas Highway, Ste. 300
Austin, TX 78731
neil@zindalaw.com
service@zdfirm.com
*Attorneys for Plaintiff Ciociola*

*s/I. Tuuling*