# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Dannie Lee Derrow, et al., | No. CV-23-00339-TUC-RCC |
| Plaintiffs, | **ORDER** |
| v. | |
| Ace Doran, et al., | |
| Defendants. | |

Pursuant to the Stipulation of the parties (Doc. 72), and good cause appearing,

IT IS ORDERED that all claims are dismissed, with prejudice, each party to bear their own costs and attorneys' fees.

The Clerk of Court shall terminate all pending motions in this matter and close the case file.

Dated this 16th day of December, 2025.

_____
Honorable Raner C. Collins
Senior United States District Judge